OPINION # O-7138 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.